**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00886-LTB

WILLIAM MAUNZ,

    Plaintiff,

v.

DEPUTY M. KANIPE, Badge No. 98 w/m,
DENVER COUNTY SHERIFF'S DEPT.,
GARY WILSON, Under-Sheriff, and
OFFICE OF THE MAYOR,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion/Petition for Recusal of Majistrate [sic] Judge Boyd N. Boland and Judge Lewis T. Babcock" (Doc. #30) filed on December 28, 2011, is DENIED as moot because this action was dismissed by order filed on August 3, 2011, and there are no other pending motions.

Dated:  January 3, 2012